UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMARA DECKER and DARRELL RODGERS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CAUSE NO.: 01:22-cv-1218 ) ) |
| JOSHUA TINSLEY and UNITED STATES OF AMERICA, | ) ) ) |
| Defendants | |

## COMPLAINT FOR DAMAGES

Come now, the Plaintiffs, Tamara Decker and Darrell Rodgers, by counsel, and for their Complaint for Damages against the Defendants, Joshua Tinsley and United States of America, allege and assert:

### I. JURISDICTION & VENUE

1. Plaintiffs' claims are against the United States as a defendant; therefore, Jurisdiction is proper, pursuant to 28 USC § 1346(b).

2. Plaintiff's claims arise out of a motor vehicle collision, which occurred in Marion County, in the State of Indiana; therefore, venue is proper, pursuant to 28 USC § 1391(b)(2).

### II. FACTUAL ALLEGATIONS & CLAIMS FOR RELIEF

3. All of the acts and/or omissions of Defendant United States of America ("United States"), herein alleged, were performed and/or omitted by and through the agents, servants, and employees of Defendant United States, including, but not limited to, Defendant Joshua Tinsley ("Tinsley"), while said agents, servants, and/or employees were acting within the scope and

course of their employment.

4. At all times mentioned herein, there was, and is now, near the City of Bloomington, County of Monroe, State of Indiana, a public thoroughfare known as Vernal Pike, which generally runs in an easterly and westerly direction.

5. On or about July 15, 2020, Plaintiffs were stopped in a vehicle, on eastbound Vernal Pike, attempting to make a turn into the driveway of 4738 W. Vernal Pike, when their vehicle was struck from behind by Defendant Joshua Tinsley, causing a collision.

6. The aforementioned collision was directly and proximately caused by the carelessness and negligence of Defendant Tinsley, while he was in the course and scope of his agency and/or employment of Defendant United States.

7. Defendant United States is liable for the negligence, gross negligence, and/or acts and omissions of tis employees and/or agents, including, but not limited to, Defendant Tinsley, at all times relevant to the aforementioned collision.

8. As a direct and proximate result of the carelessness and negligence of Defendants, the Plaintiffs sustained severe personal injuries, resulting in pain and suffering and mental anguish.

9. As a result of their injuries and the effects, the Plaintiffs have been required to engage the services of hospitals, physicians, medical technicians, and other medical care providers for medical treatment, medications, and radiological exams, and have incurred, and may incur into the future, medical expenses for such treatment.

10. As a result of their injuries and the treatment of said injuries, the Plaintiffs have lost income, and may continue to lose income into the future.

## III. RELIEF REQUESTED

WHEREFORE, the Plaintiffs respectfully request this Honorable Court enter the following judgment:

a. Award an amount to the Plaintiffs, commensurate with their injuries and damages;

b. Award the Plaintiffs the cost of this action;

c. Award all other relief just and proper in the premises.

Respectfully submitted,

By: */s/Harvey Lancaster*
Harvey Lancaster, #31750-49
Attorney for Plaintiffs

HENSLEY LEGAL GROUP, PC
8350 Sunlight Drive, Ste. 300
Fishers, IN 46037
Telephone: (317) 472-3333
Facsimile: (317) 472-3340
Email: hlancaster@hirehensley.com